FILED
RICHARD W. NAGEL
CLERK OF COURT
5/23/22 3:32 p.m.

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**HELWA H. QASEM,**<br><br>Defendant. | **CASE NO.** 2:22-cr-87<br><br>**JUDGE** Morrison<br><br>**INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Extortion Under Color of Official Right)

1. At all times relevant to this case, Defendant **HELWA H. QASEM** was a U.S. Probation Officer with the U.S. Probation Office, Southern District of Ohio. The U.S. Probation Office is a component of the U.S. District Court for the Southern District of Ohio.

2. From 2016 through 2018, in the Southern District of Ohio, Defendant **HELWA H. QASEM** knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in 18 U.S.C. § 1951. Specifically, **HELWA H. QASEM** obtained property, including but not limited to cash, Xanax, a sweater, a bag, and below-market personal services from multiple individuals under her supervision, with the consent of the individuals under her supervision, knowing the property was provided in exchange for Defendant **HELWA H. QASEM**'s official action in her role as a U.S. Probation Officer, under color of official right.

**In violation of 18 U.S.C. §§ 1951(a), (b)(2).**

## FORFEITURE ALLEGATION

3. Paragraphs 1 through 2 are incorporated here.

4. Upon conviction of the offense in violation of 18 U.S.C. § 1951 as alleged in this Information, Defendant **HELWA H. QASEM** shall forfeit to the United States, in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

**Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**PETER K. GLENN-APPLEGATE (0088708)**
**Assistant United States Attorney**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**