United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                          Case No. 2:22-CR-87

Helwa H. Qasem

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 11/29/22 @ 2:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Elizabeth Geraghty, Peter Glenn-Applegate |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Nolder |
| Interpreter | | Pretrial/Probation: | |
| Log In | 2:30 p.m. | Log Out | 3:15 p.m. |

Defendant sentenced to a term of 6 months imprisonment.

3 years of supervised release with the first 6 months to be served under home confinement.

No fine imposed and $100 special assessment is applied.

Defendant is permitted to self-surrender to her designated BOP as notified by USMS.